AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Firestone, Nancy B. | United States Court of Federal Claims | 01/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
National Courts Building
717 Madison Place, NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor -- 2017 Fall Semester -- LLM Course | Georgetown University Law Center |
| 2. | Adjunct Professor -- 2017 Spring Semester -- Litigation Seminar Law Course | Georgetown University Law Center |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2017 | Georgwtown Universtiy Law Center - Fall Semester LLM (Amount listed is for both semester) | $12,500.00 |
| 2. 2017 | Georgetown University Law Center - Spring Semester Law School | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank NA | Mortgage on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DOJ Credit Union (Cash Account) | A | Interest | J | T | | | | | |
| 2. Resverlogix Corp. | A | Dividend | J | T | | | | | |
| 3. Wells Fargo (Cash Account) | A | Interest | J | T | | | | | |
| 4. TD America (Cash Account) | A | Dividend | M | T | | | | | |
| 5. Rental Property, Arlington, VA | E | Rent | J | W | | | | | |
| 6. INVESTMENT MANAGEMENT ACCOUINT #1 Lines 7- 148 | | | | | | | | | |
| 7. Chevy Chase Trust - BlackRock Liquid Funds Money Market | A | Dividend | K | T | | | | | |
| 8. Amazon | | None | K | T | | | | | |
| 9. Sirius XM Holdings | A | Dividend | K | T | | | | | |
| 10. Starbucks | A | Dividend | J | T | Sold (part) | 05/01/17 | J | C | |
| 11. TJX Companies | A | Dividend | J | T | Sold (part) | 06/15/17 | J | A | |
| 12. Walt Disney Company | A | Dividend | K | T | | | | | |
| 13. CVS Health | A | Dividend | J | T | Sold (part) | 08/30/17 | J | A | |
| 14. Lauder Estee Cos | A | Dividend | K | T | | | | | |
| 15. Pepsico | A | Dividend | J | T | | | | | |
| 16. Unilever NV ADR | A | Dividend | K | T | | | | | |
| 17. Royal Dutch | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway | | None | J | T | Sold (part) | 06/06/17 | J | B | |
| 19. Berkshire Hathaway | | None | J | T | Sold (part) | 02/03/17 | J | B | |
| 20. Citigroup | A | Dividend | K | T | | | | | |
| 21. CME Group | A | Dividend | K | T | | | | | |
| 22. Goldman Sachs Group | A | Dividend | K | T | | | | | |
| 23. ING Groep | | None | J | T | | | | | |
| 24. Nordea Bank | A | Dividend | J | T | | | | | |
| 25. Henry Schein | | None | J | T | | | | | |
| 26. Intutive Surgical | | None | J | T | | | | | |
| 27. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 28. Daifuku | A | Dividend | K | T | | | | | |
| 29. Delta Airlines | A | Dividend | K | T | | | | | |
| 30. Fanuc | A | Dividend | J | T | | | | | |
| 31. Roper Industries | A | Dividend | J | T | | | | | |
| 32. 3M Co | A | Dividend | K | T | | | | | |
| 33. Alphabet | | None | K | T | Sold (part) | 06/15/17 | J | A | |
| 34. Alphabet | | None | K | T | Sold (part) | 06/02/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alphabet | | None | K | T | Sold (part) | 06/15/17 | J | B | |
| 36. Cognex | A | Dividend | K | T | | | | | |
| 37. Datalogic | A | Dividend | J | T | | | | | |
| 38. Flir Systems | A | Dividend | K | T | | | | | |
| 39. Grubhub | | None | J | T | | | | | |
| 40. Microsoft | A | Dividend | J | T | Sold (part) | 06/15/17 | J | B | |
| 41. NVIDIA | A | Dividend | J | T | Sold (part) | 06/09/17 | K | E | |
| 42. NVIDIA | | | | | Sold (part) | 06/15/17 | J | D | |
| 43. Visa | A | Dividend | K | T | | | | | |
| 44. Ecolab | A | Dividend | J | T | | | | | |
| 45. Cyrusone REIT | A | Dividend | J | T | | | | | |
| 46. Terreno Realty REIT | A | Dividend | J | T | | | | | |
| 47. American Electric Power | A | Dividend | J | T | | | | | |
| 48. NextEra Energy | A | Dividend | K | T | | | | | |
| 49. Foundation Medicine | | None | K | T | | | | | |
| 50. Apple Computer | A | Dividend | K | T | | | | | |
| 51. EOG | A | Dividend | | | Sold | 03/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EOG | A | Dividend | | | Sold | 05/01/17 | J | A | |
| 53. EOG | A | Dividend | | | Sold | 05/01/17 | J | B | |
| 54. Exxon Mobil | A | Dividend | | | Sold | 04/26/17 | J | A | |
| 55. Exxon Mobil | A | Dividend | | | Sold | 03/13/17 | J | A | |
| 56. General Electric | A | Dividend | | | Sold | 05/01/17 | J | A | |
| 57. Accenture | A | Dividend | | | Sold | 06/09/17 | J | B | |
| 58. Cisco | A | Dividend | | | Sold | 01/31/17 | J | A | |
| 59. General Mills | A | Dividend | | | Sold | 06/09/17 | J | A | |
| 60. Johnson & Johnson | A | Dividend | | | Sold | 05/01/17 | J | C | |
| 61. Merck & Co | A | Dividend | | | Sold | 11/07/17 | J | A | |
| 62. Merck & Co | A | Dividend | | | Sold | 11/07/17 | J | A | |
| 63. Hiroshima Bank | A | Dividend | | | Sold | 11/07/17 | J | A | |
| 64. Impinj Inc | | None | | | Sold | 11/03/17 | J | A | |
| 65. Nasdaq | A | Dividend | | | Sold | 05/01/17 | J | B | |
| 66. Nestle | A | Dividend | | | Sold | 05/01/17 | J | A | |
| 67. Range | A | Dividend | | | Sold | 06/02/17 | J | A | |
| 68. Regeneron | | None | | | Sold | 11/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schlumberger | A | Dividend | | | Sold | 05/01/17 | J | A | |
| 70. Spectra Energy | A | Dividend | | | Sold | 02/23/17 | J | B | |
| 71. Starwood Property REIT | A | Dividend | | | Sold | 08/02/17 | J | A | |
| 72. Target | A | Dividend | | | Sold | 03/03/17 | J | A | |
| 73. UnitedHealth Group | A | Dividend | | | Sold | 05/01/17 | J | C | |
| 74. US Bancorp | A | Dividend | | | Sold | 05/01/17 | J | C | |
| 75. Verizon Communications | A | Dividend | | | Sold | 05/01/17 | J | | |
| 76. Washington Federal | A | Dividend | | | Sold | 05/01/17 | J | C | |
| 77. SEI Daily Income Govt Fund CL A #36 | A | Dividend | | | Sold | 01/31/17 | J | A | |
| 78. EOG | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 79. 3M Co | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 80. Schlumberger | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 81. Target | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 82. US Bancorp | | None | J | T | Buy | 01/06/17 | J | | |
| 83. VISA | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 84. Exxon Mobil | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 85. General Electric | | None | J | T | Buy (add'l) | 01/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Range Resources | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 87. Sirius XM | | None | J | T | Buy (add'l) | 01/06/17 | J | | |
| 88. Nordea Bank | | None | J | T | Buy (add'l) | 01/09/17 | J | | |
| 89. Apple Computer | | None | J | T | Buy (add'l) | 01/30/17 | J | B | |
| 90. Novartis | | None | J | T | Buy (add'l) | 01/30/17 | J | | |
| 91. FLIR Systems | | None | J | T | Buy (add'l) | 01/31/17 | J | | |
| 92. Black Rock Funds Liquid Money Market | A | Interest | L | T | Buy | 01/31/17 | | | |
| 93. Hiroshima Bank | | None | J | T | Buy (add'l) | 02/06/17 | J | | |
| 94. Hiroshima Bank | | None | J | T | Buy (add'l) | 02/07/17 | J | | |
| 95. Cognex Corp | | None | J | T | Buy (add'l) | 02/08/17 | J | | |
| 96. Citigroup | | None | J | T | Buy (add'l) | 02/15/17 | J | | |
| 97. Nasdaq | | None | J | T | Buy | 02/16/17 | J | | |
| 98. Unilever | | None | J | T | Buy (add'l) | 03/14/17 | J | | |
| 99. Datalogic | | None | J | T | Buy | 03/21/17 | J | | |
| 100. Range Resources | | None | J | T | Buy (add'l) | 04/28/17 | J | | |
| 101. Merck & Co | | None | J | T | Buy (add'l) | 05/10/17 | J | | |
| 102. Walt Disney | | None | J | T | Buy (add'l) | 05/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Citigroup | | None | J | T | Buy (add'l) | 05/18/17 | J | | |
| 104. Alphabet | | None | K | T | Buy (add'l) | 05/18/17 | J | | |
| 105. CVS Health | | None | J | T | Buy (add'l) | 05/18/17 | J | | |
| 106. Novartis | | None | J | T | Buy (add'l) | 05/18/17 | J | | |
| 107. Intuitive Health | | None | K | T | Buy (add'l) | 05/19/17 | J | | |
| 108. Nordea Bank | | None | J | T | Buy (add'l) | 05/23/17 | J | | |
| 109. Lauder Estes Co | | None | J | T | Buy (add'l) | 04/24/17 | J | | |
| 110. Foundation Medicine | | None | J | T | Buy | 05/24/17 | J | | |
| 111. Daifuku CO | | None | J | T | Buy (add'l) | 05/24/17 | J | | |
| 112. Fanuc | | None | J | T | Buy (add'l) | 05/24/17 | J | | |
| 113. Sirius XM | | None | J | T | Buy (add'l) | 05/17/17 | J | | |
| 114. Cyrusone REIT | | None | J | T | Buy (add'l) | 06/09/17 | J | | |
| 115. Lauder Estes Co | | None | J | T | Buy (add'l) | 06/09/17 | J | | |
| 116. NextEra Energy | | None | J | T | Buy (add'l) | 06/16/17 | J | | |
| 117. Sirius XM | | None | J | T | Buy (add'l) | 06/16/17 | J | | |
| 118. Nordea Bank | | None | J | T | Buy (add'l) | 06/19/17 | J | | |
| 119. Cyrusone REIT | | None | J | T | Buy (add'l) | 06/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Starwood Property REIT | | None | J | T | Buy (add'l) | 06/20/17 | J | | |
| 121. VISA | | None | J | T | Buy (add'l) | 06/21/17 | J | | |
| 122. Unilever | | None | J | T | Buy (add'l) | 06/21/17 | J | | |
| 123. Delta Airlines | | None | J | T | Buy (add'l) | 06/21/17 | J | | |
| 124. Regeneron Pharmaceuticals | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 125. Pepsico | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 126. Roper Technologies | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 127. NextEra Energy | | None | K | T | Buy (add'l) | 07/12/17 | J | | |
| 128. Novartis AG | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 129. Merck & CO | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 130. Impinj Inc | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 131. Sirius XM | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 132. Terreno Realty Corp REIT | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 133. Ecolab | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 134. Berkshire Hathaway | | None | J | T | Buy (add'l) | 07/13/17 | J | | |
| 135. American Electric Power | | None | J | T | Buy (add'l) | 07/13/17 | J | | |
| 136. Flir Systems | | None | J | T | Buy (add'l) | 07/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cognex Corp | | None | J | T | Buy (add'l) | 07/13/17 | J | | |
| 138. Goldman Sachs Group | | None | J | T | Buy (add'l) | 07/14/17 | J | | |
| 139. Walt Disney | | None | J | T | Buy (add'l) | 07/24/17 | J | | |
| 140. Lauder Estee Cos | | None | J | T | Buy (add'l) | 07/24/17 | J | | |
| 141. Daifuku CO | | None | J | T | Buy (add'l) | 07/28/17 | J | | |
| 142. Citigroup | | None | J | T | Buy (add'l) | 08/04/17 | J | | |
| 143. Royal Dutch | | None | J | T | Buy (add'l) | 08/07/17 | J | | |
| 144. Terreno Realty Corp REIT | | None | J | T | Buy (add'l) | 08/08/17 | J | | |
| 145. Impinj | | None | J | T | Buy (add'l) | 08/30/17 | J | | |
| 146. ING Groep | | None | J | T | Buy | 09/13/17 | J | | |
| 147. Regeneron Pharmaceuticals | | None | J | T | Buy (add'l) | 09/14/17 | J | | |
| 148. Grubhub Inc | | None | J | T | Buy | 09/26/17 | J | | |
| 149. INVESTMENT MANAGEMENT ACCT #2 - ROTH IRA Lines 150 - 324 | | | | | | | | | |
| 150. Chevy Chase Trust - BlackRock Liquid Funds Money Market | A | Dividend | K | T | | | | | |
| 151. Amazon | | None | J | T | | | | | |
| 152. LVHM Moet Hennessy Louis | A | Dividend | J | T | | | | | |
| 153. Nike | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sirius XM Holdings | A | Dividend | J | T | | | | | |
| 155. Walt Disney Co | A | Dividend | J | T | | | | | |
| 156. CVS Health | A | Dividend | J | T | | | | | |
| 157. Lauder Estee Co | A | Dividend | J | T | | | | | |
| 158. Pepsico | A | Dividend | J | T | | | | | |
| 159. Unilever NV | A | Dividend | J | T | | | | | |
| 160. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 161. Range Resources | A | Dividend | J | T | | | | | |
| 162. Royal Dutch | A | Dividend | J | T | | | | | |
| 163. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 164. Berkshire Hathaway | | None | J | T | | | | | |
| 165. Citigroup | A | Dividend | J | T | | | | | |
| 166. CME | A | Dividend | J | T | | | | | |
| 167. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 168. Hiroshima Bank | A | Dividend | J | T | | | | | |
| 169. ING Groep NV | A | Dividend | J | T | | | | | |
| 170. Nordea Bank | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Foundation Medicine | | None | J | T | | | | | |
| 172. Illumina | | None | J | T | | | | | |
| 173. Intuitive Surgical | | None | J | T | | | | | |
| 174. Merck | A | Dividend | J | T | | | | | |
| 175. Novartis AG | A | Dividend | J | T | | | | | |
| 176. Regeneron Pharmaceuticals | | None | J | T | | | | | |
| 177. Daifuku CO | A | Dividend | J | T | | | | | |
| 178. Delta Airlines | A | Dividend | J | T | | | | | |
| 179. Fanuc Corp | A | Dividend | J | T | | | | | |
| 180. Roper Industries | A | Dividend | J | T | | | | | |
| 181. Alphabet Inc CL C | | None | K | T | | | | | |
| 182. Apple Computer | A | Dividend | J | T | | | | | |
| 183. Cognex | A | Dividend | J | T | | | | | |
| 184. Datalogic | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 185. Flir Systems | A | Dividend | J | T | | | | | |
| 186. Grubhub | | None | J | T | | | | | |
| 187. Impinj | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Microsoft | A | Dividend | J | T | | | | | |
| 189. NVIDIA | A | Dividend | J | T | | | | | |
| 190. Visa | A | Dividend | J | T | | | | | |
| 191. Ecolab | A | Dividend | J | T | | | | | |
| 192. Cyrusone REIT | A | Dividend | J | T | | | | | |
| 193. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 194. Verizon Communications | A | Dividend | J | T | | | | | |
| 195. American Electric Power | A | Dividend | J | T | | | | | |
| 196. NextEra Energy | A | Dividend | J | T | | | | | |
| 197. SEI Daily Income Fund Gov Fund CL A #36 | A | Interest | | | Sold | 01/31/17 | K | A | |
| 198. Washington Fed | | None | | | Sold | 02/02/17 | J | B | |
| 199. Cisco Systems | | None | | | Sold | 02/03/17 | J | A | |
| 200. EOG | | None | J | T | Sold (part) | 02/03/17 | J | A | |
| 201. Berkshire Hathaway | | None | J | T | Sold (part) | 02/08/17 | J | B | |
| 202. Johnson & Johnson | | None | | | Sold | 02/13/17 | J | B | |
| 203. NVIDIA | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 204. Nestle | | None | | | Sold | 03/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. General Electric | | None | | | Sold | 02/23/17 | J | A | |
| 206. Exxon Mobil | | None | | | Sold | 02/23/17 | J | A | |
| 207. EOG | | None | J | T | Sold (part) | 03/14/17 | J | A | |
| 208. Apple Computer | A | Dividend | J | T | Sold (part) | 04/06/17 | J | B | |
| 209. NASDAQ | | None | | | Sold | 04/07/17 | J | A | |
| 210. US Bancorp | | None | | | Sold | 04/26/17 | J | A | |
| 211. Schlumberger | | None | J | T | Sold (part) | 05/04/17 | J | A | |
| 212. Target | | None | | | Sold | 05/04/17 | J | A | |
| 213. Microsoft | A | Dividend | J | T | Sold (part) | 05/24/17 | J | A | |
| 214. Accenture | | None | J | T | Sold (part) | 05/24/17 | J | A | |
| 215. Henry Schein | | None | J | T | Sold (part) | 06/08/17 | J | B | |
| 216. TJX | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 217. Berkshire Hathaway | | None | J | T | Sold (part) | 06/09/17 | J | A | |
| 218. Alphabet | | None | K | T | Sold (part) | 06/13/17 | J | B | |
| 219. NVIDIA | A | Dividend | J | T | Sold (part) | 06/14/17 | J | B | |
| 220. Accenture | | None | | | Sold | 06/14/17 | J | A | |
| 221. General Mills | | None | | | Sold | 06/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Apple Computer | A | Dividend | J | T | Sold (part) | 06/15/17 | J | B | |
| 223. NVIDIA | A | Dividend | J | T | Sold (part) | 06/15/17 | J | C | |
| 224. Starwood Properties REIT | A | Dividend | | | Sold | 07/14/17 | J | A | |
| 225. Foundation Medicine | | None | J | T | Sold (part) | 08/04/17 | J | B | |
| 226. Cognex | A | Dividend | J | T | Sold (part) | 08/15/17 | J | B | |
| 227. Nordea Bank | | None | J | T | Sold (part) | 08/15/17 | J | A | |
| 228. Daifuku | | None | J | T | Sold (part) | 08/17/17 | J | A | |
| 229. Starbucks | A | Dividend | | | Sold | 08/23/17 | J | A | |
| 230. Microsoft | A | Dividend | K | T | Sold (part) | 09/07/17 | J | A | |
| 231. Visa | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 232. 3M Co | A | Dividend | J | T | Sold (part) | 09/07/17 | J | B | |
| 233. Daifuku | A | Dividend | | | Sold (part) | 09/11/17 | J | A | |
| 234. Intuitive Surgical | | None | J | T | Sold (part) | 09/12/17 | J | A | |
| 235. Delta Airlines | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 236. Ilumina | | None | K | T | Sold (part) | 09/18/17 | J | A | |
| 237. TJX | A | Dividend | | | Sold | 09/18/17 | J | A | |
| 238. Intuitive Surgical | | None | | | Sold | 09/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 39

Name of Person Reporting

Firestone, Nancy B.

Date of Report

01/03/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Merck | A | Dividend | J | T | Sold (part) | 09/20/17 | J | A | |
| 240. Visa | A | Dividend | J | T | Sold (part) | 09/20/17 | J | A | |
| 241. Daifuku | A | Dividend | K | T | Sold (part) | 09/27/17 | J | C | |
| 242. Henry Schein | | None | | | Sold | 10/25/17 | J | A | |
| 243. 3M Co | A | Dividend | | | Sold | 11/08/17 | J | B | |
| 244. Microsoft | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 245. Hiroshima Bank | A | Dividend | J | T | Sold (part) | 11/15/17 | J | A | |
| 246. Pepsico | A | Dividend | J | T | Sold (part) | 11/20/17 | J | A | |
| 247. Sirius XM | | None | J | T | Sold (part) | 12/01/17 | J | A | |
| 248. 3M Co | A | Dividend | | | Sold | 12/13/17 | J | B | |
| 249. SEI Daily Income Fund CL A | A | Interest | J | T | Buy (add'l) | 01/06/17 | J | | |
| 250. Walt Disney | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 251. Sirius XM | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 252. Nordea Bank | | None | J | T | Buy | 01/09/17 | J | | |
| 253. Daifuku | A | Dividend | K | T | Buy (add'l) | 01/10/17 | J | | |
| 254. Nordea Bank | | None | J | T | Buy (add'l) | 01/23/17 | J | | |
| 255. Sirius XM | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Apple Computer | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |
| 257. Novartis AG | | None | J | T | Buy (add'l) | 01/30/17 | J | | |
| 258. Black Rock Liquid Funds Money Market | A | Interest | J | T | Buy | 01/31/17 | K | | |
| 259. Walt Disney Company | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 260. Hiroshima Bank | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 261. Hiroshima Bank | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 262. Cognex | A | Dividend | J | T | Buy (add'l) | 02/08/17 | J | | |
| 263. CME Group | A | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | |
| 264. Citigroup | A | Dividend | J | T | Buy (add'l) | 02/15/17 | J | | |
| 265. Novartis AG | | None | J | T | Buy (add'l) | 02/22/17 | J | | |
| 266. Daifuku CO | A | Dividend | K | T | Buy (add'l) | 02/27/17 | J | | |
| 267. Sirius XM | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 268. Ecolab Inc | A | Dividend | J | T | Buy (add'l) | 03/07/17 | J | | |
| 269. Royal Dutch | A | Dividend | J | T | Buy (add'l) | 03/07/17 | J | | |
| 270. Fanuc | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 271. Cognex | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 272. Delta Airlines Inc | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Unilever NV | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |
| 274. American Electric Power | A | Dividend | J | T | Buy (add'l) | 04/04/17 | J | | |
| 275. Anadarko Petroleum Corp | A | Dividend | J | T | Buy (add'l) | 04/04/17 | J | | |
| 276. Flir Systems | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 277. Terreno Realty Corp REIT | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 278. Terreno Realty Corp REIT | A | Dividend | J | T | Buy (add'l) | 04/06/17 | J | | |
| 279. Lauder Estee Co | A | Dividend | J | T | Buy (add'l) | 04/07/17 | J | | |
| 280. CVS Health Corp | A | Dividend | J | T | Buy (add'l) | 04/27/17 | J | | |
| 281. Range Resources | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 282. Merck & Co | A | Dividend | J | T | Buy (add'l) | 05/17/17 | J | | |
| 283. Walt Disney | A | Dividend | J | T | Buy (add'l) | 05/24/17 | J | | |
| 284. Lauder Estee Co | A | Dividend | J | T | Buy (add'l) | 05/24/17 | J | | |
| 285. Cognex | A | Dividend | J | T | Buy (add'l) | 05/31/17 | J | | |
| 286. Cyrusone Inc REIT | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 287. Lauder Estee Co | A | Dividend | J | T | Buy (add'l) | 05/31/17 | J | | |
| 288. Sirius XM Holdings | A | Dividend | J | T | Buy (add'l) | 06/01/17 | J | | |
| 289. Illumina | | None | K | T | Buy (add'l) | 06/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Regeneron Pharmacueticals | | None | J | T | Buy (add'l) | 06/09/17 | J | | |
| 291. Delta Airlines | A | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 292. Citigroup | A | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 293. Impinj | | None | J | T | Buy | 06/14/17 | J | | |
| 294. Delta Airlines | A | Dividend | J | T | Buy (add'l) | 07/14/17 | J | | |
| 295. Illumina | | None | K | T | Buy (add'l) | 07/14/17 | J | | |
| 296. Roper Technologies | A | Dividend | J | T | Buy (add'l) | 07/14/17 | J | | |
| 297. Goldman Sachs | A | Dividend | J | T | Buy (add'l) | 07/28/17 | J | | |
| 298. Cyrusone Inc REIT | A | Dividend | J | T | Buy | 07/28/17 | J | | |
| 299. Impinj | | None | J | T | Buy (add'l) | 07/28/17 | J | | |
| 300. Alphabet | | None | K | T | Buy (add'l) | 08/01/17 | J | | |
| 301. Verizon Communications | A | Dividend | J | T | Buy (add'l) | 08/01/17 | J | | |
| 302. Terreno Realty Corp REIT | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 303. Impinj | | None | J | T | Buy (add'l) | 08/09/17 | J | | |
| 304. Regeneron Pharmacueticals | | None | J | T | Buy (add'l) | 08/17/17 | J | | |
| 305. ING Groep | | None | J | T | Buy (add'l) | 08/17/17 | J | | |
| 306. Nike | A | Dividend | J | T | Buy | 08/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ING Groep | | None | J | T | Buy (add'l) | 09/13/17 | J | | |
| 308. CME Group | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 309. CME Group | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 310. Roper Technologies | A | Dividend | J | T | Buy (add'l) | 09/22/17 | J | | |
| 311. Grubhub Inc | | None | J | T | Buy | 09/26/17 | J | | |
| 312. Regeneron Pharmacueticals | | None | J | T | Buy (add'l) | 09/27/17 | J | | |
| 313. Verizon Communications | A | Dividend | J | T | Buy (add'l) | 10/27/17 | J | | |
| 314. Fanuc Corp | A | Dividend | J | T | Buy (add'l) | 10/10/17 | J | | |
| 315. LVMH Moet Hennessy | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 316. Fanuc | A | Dividend | J | T | Buy (add'l) | 10/27/17 | J | | |
| 317. Novartis | | None | J | T | Buy (add'l) | 11/08/17 | J | | |
| 318. Anadarko Petroleum Corp | A | Dividend | J | T | Buy | 11/21/17 | J | | |
| 319. ING Groep | | None | J | T | Buy (add'l) | 11/21/17 | J | | |
| 320. Grubhub Inc | | None | J | T | Buy (add'l) | 12/13/17 | J | | |
| 321. Visa Inc | A | Dividend | J | T | Buy (add'l) | 12/13/17 | J | | |
| 322. Grubhub Inc | | None | J | T | Buy (add'l) | 12/20/17 | J | | |
| 323. NVIDIA | A | Dividend | J | T | Buy (add'l) | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Schlumberger | | None | J | T | Buy | 12/20/17 | J | | |
| 325. INVESTMENT MANAGEMENT ACCT #3 - IRA Rollover Lines 326 - 565 | | | | | | | | | |
| 326. Chevy Chase Trust - Blackrock Liquid Fedfunds | A | Interest | K | T | | | | | |
| 327. Amazon | | None | K | T | | | | | |
| 328. LVMH Moet Hennessey | A | Dividend | J | T | | | | | |
| 329. Nike | A | Dividend | J | T | | | | | |
| 330. Sirius XM | A | Dividend | K | T | | | | | |
| 331. Walt Disney | A | Dividend | K | T | | | | | |
| 332. CVS Health | A | Dividend | K | T | | | | | |
| 333. Lauder Estee Cos | A | Dividend | K | T | Buy | 07/24/17 | J | | |
| 334. Pepsico | A | Dividend | J | T | | | | | |
| 335. Unilever | A | Dividend | J | T | | | | | |
| 336. Anadarko Petroleum Corp | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 337. Range Resources | A | Dividend | J | T | | | | | |
| 338. Royal Dutch | B | Dividend | K | T | | | | | |
| 339. Schlumberger | A | Dividend | J | T | | | | | |
| 340. Berkshire Hathaway | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Citigroup | A | Dividend | K | T | | | | | |
| 342. CME Group | A | Dividend | K | T | | | | | |
| 343. Goldman Sachs | A | Dividend | K | T | | | | | |
| 344. Hiroshima Bank | A | Dividend | J | T | | | | | |
| 345. ING Groep | A | Dividend | K | T | Buy | 09/13/17 | J | | |
| 346. Nordea Bank | A | Dividend | J | T | | | | | |
| 347. Foundation Medicine | | None | J | T | | | | | |
| 348. Illumina | | None | J | T | | | | | |
| 349. Intuitive Surgical | | None | J | T | | | | | |
| 350. Merck | A | Dividend | J | T | | | | | |
| 351. Novartis | A | Dividend | K | T | | | | | |
| 352. Regeneron Pharmaceutical | | None | J | T | | | | | |
| 353. Daifuku | A | Dividend | K | T | | | | | |
| 354. Delta Airlines | A | Dividend | K | T | | | | | |
| 355. Fanuc | A | Dividend | K | T | | | | | |
| 356. Roper Technologies | A | Dividend | J | T | | | | | |
| 357. Alphabet | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Apple Computer | A | Dividend | K | T | | | | | |
| 359. Cognex | A | Dividend | K | T | | | | | |
| 360. Datalogic Spa | A | Dividend | J | T | | | | | |
| 361. Flir Systems | A | Dividend | K | T | | | | | |
| 362. Grubhub | | None | K | T | | | | | |
| 363. Impinj | | None | J | T | Buy | 07/28/17 | J | | |
| 364. Microsoft | A | Dividend | J | T | | | | | |
| 365. NVIDIA | A | Dividend | K | T | | | | | |
| 366. Visa | A | Dividend | J | T | | | | | |
| 367. Ecolab | A | Dividend | J | T | | | | | |
| 368. Cyrusone REIT | A | Dividend | J | T | | | | | |
| 369. Terreno Realty REIT | A | Dividend | K | T | | | | | |
| 370. Verizon Communications | B | Dividend | K | T | | | | | |
| 371. American Electric Power | A | Dividend | J | T | | | | | |
| 372. NextEra Energy | A | Dividend | J | T | | | | | |
| 373. New Jersey Bell Tel Co | B | Interest | K | T | | | | | |
| 374. SEI Daily Income Gov Fund CL A #36 | A | Interest | | | Sold | 01/31/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Washington Fed | | None | | | Sold | 02/02/17 | J | B | |
| 376. Cisco Systems | | None | | | Sold | 02/03/17 | J | A | |
| 377. EOG | | None | J | T | Sold (part) | 02/03/17 | J | A | |
| 378. Berkshire Hathaway | | None | J | T | Sold (part) | 02/08/17 | J | C | |
| 379. NVIDIA | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 380. Johnson & Johnson | | None | | | Sold | 02/23/17 | J | B | |
| 381. Nestle | | None | | | Sold | 02/23/17 | J | A | |
| 382. General Electric | | None | | | Sold | 02/23/17 | J | A | |
| 383. Exxon Mobil | | None | | | Sold | 02/23/17 | J | A | |
| 384. EOG | | None | J | T | Sold (part) | 03/14/17 | J | A | |
| 385. Apple Computer | A | Dividend | J | T | Sold (part) | 04/06/17 | J | C | |
| 386. NASDAQ | | None | | | Sold | 04/07/17 | J | B | |
| 387. US Bancorp | | None | | | Sold | 04/26/17 | J | B | |
| 388. Schlumberger | | None | | | Sold | 05/04/17 | J | A | |
| 389. Target | | None | | | Sold | 05/04/17 | J | A | |
| 390. Accenture | | None | J | T | Sold (part) | 05/24/17 | J | A | |
| 391. Microsoft | A | Dividend | | | Sold | 05/24/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Henry Schein | | None | J | T | Sold (part) | 06/08/17 | J | B | |
| 393. TJX | A | Dividend | | | Sold | 06/09/17 | J | A | |
| 394. Berkshire Hathaway | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 395. Alphabet | | None | K | T | Sold (part) | 06/13/17 | J | D | |
| 396. NVIDIA | A | Dividend | J | T | Sold (part) | 06/14/17 | J | C | |
| 397. Accenture | | None | J | T | Sold (part) | 06/14/17 | J | A | |
| 398. General Mills | | None | | | Sold | 06/14/17 | J | A | |
| 399. Apple Computer | A | Dividend | J | T | Sold (part) | 06/15/17 | J | B | |
| 400. Amazon | | None | K | T | Sold (part) | 06/15/17 | J | B | |
| 401. NVIDIA | A | Dividend | J | T | Sold (part) | 06/15/17 | J | D | |
| 402. Starwood Property REIT | A | Dividend | | | Sold | 07/14/17 | J | A | |
| 403. Foundation Medicine | | None | J | T | Sold (part) | 08/04/17 | J | B | |
| 404. Cognex | A | Dividend | J | T | Sold (part) | 08/15/17 | J | B | |
| 405. Nordea Bank | | None | | | Sold | 08/15/17 | J | B | |
| 406. Datalogic Spa | | None | | | Sold | 08/15/17 | J | B | |
| 407. Daifuku | A | Dividend | K | T | Sold (part) | 08/17/17 | J | B | |
| 408. Starbucks | A | Dividend | | | Sold | 08/23/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Microsoft | A | Dividend | K | T | Sold (part) | 09/07/17 | J | B | |
| 410. Visa | A | Dividend | J | T | Sold (part) | 09/07/17 | J | B | |
| 411. 3M Co | A | Dividend | J | T | Sold (part) | 09/07/17 | J | B | |
| 412. Daifuku | A | Dividend | K | T | Sold (part) | 09/11/17 | J | B | |
| 413. Intuitive Surgical | | None | J | T | Sold (part) | 09/14/17 | J | B | |
| 414. Delta Airlines | A | Dividend | J | T | Sold (part) | 09/18/17 | J | A | |
| 415. Illumina | | None | K | T | Sold (part) | 09/18/17 | J | A | |
| 416. TJX | A | Dividend | | | Sold | 09/18/17 | J | A | |
| 417. Intuitive Surgical | | None | J | T | Sold (part) | 09/20/17 | J | B | |
| 418. Merck | A | Dividend | J | T | Sold (part) | 09/20/17 | J | A | |
| 419. Visa | A | Dividend | J | T | Sold (part) | 09/20/17 | J | B | |
| 420. Daifuku | A | Dividend | K | T | Sold (part) | 09/27/17 | J | D | |
| 421. Henry Schein | | None | | | Sold | 10/25/17 | J | B | |
| 422. Berkshire Hathaway | | None | | | Sold | 11/08/17 | J | A | |
| 423. 3M Co | A | Dividend | J | T | Sold (part) | 11/08/17 | J | B | |
| 424. Microsoft | A | Dividend | | | Sold | 11/08/17 | J | B | |
| 425. Hiroshima Bank | A | Dividend | | | Sold | 11/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Pepsico | A | Dividend | | | Sold | 11/20/17 | J | A | |
| 427. 3M Co | A | Dividend | | | Sold | 12/13/17 | J | B | |
| 428. SEI Daily Income Gov T Fund CL A #36 | A | Interest | J | T | Buy (add'l) | 01/06/17 | J | | |
| 429. Walt Disney Co | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 430. 3M Co | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 431. Merck | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 432. Range Resources | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 433. Sirius XM | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 434. Nordea Bank | | None | J | T | Buy (add'l) | 01/09/17 | J | | |
| 435. Daifuku | A | Dividend | K | T | Buy | 01/10/17 | J | | |
| 436. Nordea Bank | | None | J | T | Buy (add'l) | 01/23/17 | J | | |
| 437. Sirius XM | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |
| 438. Apple Computer | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |
| 439. Novartis | | None | J | T | Buy (add'l) | 01/30/17 | J | | |
| 440. Black Rock Liquid Funds Money Market | A | Interest | J | T | Buy | 01/31/17 | K | | |
| 441. Apple Computer | A | Dividend | J | T | Buy (add'l) | 02/02/17 | J | | |
| 442. Walt Disney Co | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Merck | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 444. Hiroshima Bank | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 445. Hiroshima Bank | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 446. Alphabet | | None | K | T | Buy (add'l) | 02/08/17 | J | | |
| 447. Cognex | A | Dividend | J | T | Buy (add'l) | 02/08/17 | J | | |
| 448. Nordea Bank | | None | J | T | Buy (add'l) | 02/10/17 | J | | |
| 449. Accenture | | None | J | T | Buy (add'l) | 02/15/17 | J | | |
| 450. NextEra Energy | A | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | |
| 451. Target | | None | J | T | Buy (add'l) | 02/15/17 | J | | |
| 452. Schlumberger | | None | J | T | Buy (add'l) | 02/15/17 | J | | |
| 453. Microsoft | A | Dividend | K | T | Buy (add'l) | 02/15/17 | J | | |
| 454. 3M Co | A | Dividend | J | T | Buy (add'l) | 02/15/17 | J | | |
| 455. Henry Schein | | None | J | T | Buy (add'l) | 02/15/17 | J | | |
| 456. Ecolab | A | Dividend | J | T | Buy (add'l) | 02/15/17 | J | | |
| 457. Delta Airlines | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 458. CVS Health | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 459. Flir Systems | A | Dividend | J | T | Buy | 02/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Amazon | | None | K | T | Buy (add'l) | 02/15/17 | J | | |
| 461. CME Group | A | Dividend | J | T | Buy (add'l) | 02/15/17 | J | | |
| 462. Goldman Sachs | A | Dividend | J | T | Buy (add'l) | 02/15/17 | J | | |
| 463. Citigroup | A | Dividend | J | T | Buy (add'l) | 02/15/17 | J | | |
| 464. Starwood Property Trust REIT | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 465. TJX Companies | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 466. Sirius XM | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 467. Starbucks | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 468. Pepsico | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 469. NASQAQ Inc | | None | J | T | Buy (add'l) | 02/16/17 | J | | |
| 470. Merck | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 471. Daifuku | A | Dividend | K | T | Buy (add'l) | 02/21/17 | J | | |
| 472. Fanuc | A | Dividend | J | T | Buy | 02/21/17 | J | | |
| 473. Novartis | | None | J | T | Buy (add'l) | 02/22/17 | J | | |
| 474. Daifuku | A | Dividend | K | T | Buy (add'l) | 02/27/17 | J | | |
| 475. Illumina | | None | K | T | Buy (add'l) | 03/02/17 | J | | |
| 476. Intuitive Surgical | | None | K | T | Buy (add'l) | 03/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Sirius XM | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 478. Ecolab | A | Dividend | J | T | Buy (add'l) | 03/07/17 | J | | |
| 479. Royal Dutch | A | Dividend | J | T | Buy (add'l) | 03/07/17 | J | | |
| 480. Verizon Communications | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 481. Hiroshima Bank | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 482. NVIDIA | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 483. Cognex Corp | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 484. Walt Disney Company | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |
| 485. Delta Airlines | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |
| 486. Unilever NV | A | Dividend | J | T | Buy | 03/14/17 | J | | |
| 487. Visa Inc | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 488. Datalogic | | None | J | T | Buy (add'l) | 03/21/17 | J | | |
| 489. American Electric Power | A | Dividend | J | T | Buy (add'l) | 04/04/17 | J | | |
| 490. Anadarko Petroleum Corp | A | Dividend | J | T | Buy (add'l) | 04/04/17 | J | | |
| 491. Flir Systems | A | Dividend | J | T | Buy (add'l) | 04/04/17 | J | | |
| 492. Terreno Realty Corp REIT | A | Dividend | J | T | Buy (add'l) | 04/05/17 | J | | |
| 493. Terreno Realty Corp REIT | A | Dividend | J | T | Buy (add'l) | 04/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 39

Name of Person Reporting

Firestone, Nancy B.

Date of Report

01/03/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Lauder Estee Cos | A | Dividend | J | T | Buy (add'l) | 04/07/17 | J | | |
| 495. CVS Health | A | Dividend | J | T | Buy (add'l) | 04/07/17 | J | | |
| 496. Range Resources | A | Dividend | J | T | Buy (add'l) | 04/28/17 | J | | |
| 497. Walt Disney Corp | A | Dividend | J | T | Buy (add'l) | 05/24/17 | J | | |
| 498. Lauder Estee Cos | A | Dividend | J | T | Buy (add'l) | 05/24/17 | J | | |
| 499. Foundation Medicine | | None | J | T | Buy (add'l) | 05/24/17 | J | | |
| 500. Cognex | A | Dividend | J | T | Buy (add'l) | 05/31/17 | J | | |
| 501. Cyrusone Inc REIT | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 502. Lauder Estee Cos | A | Dividend | J | T | Buy (add'l) | 05/31/17 | J | | |
| 503. Sirius XM | A | Dividend | J | T | Buy (add'l) | 06/01/17 | J | | |
| 504. Illumina Inc | | None | K | T | Buy (add'l) | 06/07/17 | J | | |
| 505. Regeneron Pharmacueticals | | None | J | T | Buy | 06/09/17 | J | | |
| 506. Delta Airlines | A | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 507. Citigroup | A | Dividend | J | T | Buy (add'l) | 06/14/17 | J | | |
| 508. Impinj | | None | J | T | Buy (add'l) | 06/14/17 | J | | |
| 509. Delta Airlines | A | Dividend | J | T | Buy (add'l) | 07/14/17 | J | | |
| 510. Illumina | | None | K | T | Buy (add'l) | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Roper Technologies | A | Dividend | J | T | Buy (add'l) | 07/14/17 | J | | |
| 512. Goldman Sachs Group | A | Dividend | J | T | Buy (add'l) | 07/28/17 | J | | |
| 513. Cyrusone Inc REIT | A | Dividend | J | T | Buy (add'l) | 07/28/17 | J | | |
| 514. Impinj | | None | J | T | Buy (add'l) | 07/28/17 | J | | |
| 515. Alphabet | | None | K | T | Buy (add'l) | 08/01/17 | J | | |
| 516. Verizon Communications | A | Dividend | J | T | Buy (add'l) | 08/01/17 | J | | |
| 517. Terreno Realty Corp REIT | A | Dividend | J | T | Buy (add'l) | 08/01/17 | J | | |
| 518. Impinj | | None | J | T | Buy (add'l) | 08/09/17 | J | | |
| 519. Regeneron Pharmacueticals | | None | J | T | Buy (add'l) | 08/17/17 | J | | |
| 520. ING Groep Inc | | None | J | T | Buy (add'l) | 08/17/17 | J | | |
| 521. Walt Disney Company | A | Dividend | J | T | Buy (add'l) | 08/21/17 | J | | |
| 522. Nike Inc | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 523. ING Groep Inc | | None | J | T | Buy (add'l) | 09/13/17 | J | | |
| 524. CME Group | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 525. CME Group | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 526. Roper Technologies | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 527. Grubhub | | None | J | T | Buy | 09/26/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 39

Name of Person Reporting

Firestone, Nancy B.

Date of Report

01/03/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Regeneron Pharmacueticals | | None | J | T | Buy (add'l) | 09/27/17 | J | | |
| 529. Verizon Communications | A | Dividend | J | T | Buy (add'l) | 10/02/17 | J | | |
| 530. Fanuc | A | Dividend | J | T | Buy (add'l) | 10/10/17 | J | | |
| 531. Terreno Realty Corp REIT | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | |
| 532. CVS Health | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | |
| 533. Unilever NV | A | Dividend | J | T | Buy (add'l) | 10/23/17 | J | | |
| 534. Fanuc | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 535. Nordea Bank | | None | J | S | Buy (add'l) | 10/24/17 | J | | |
| 536. Apple Computer | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 537. NextEra Energy | A | Dividend | K | T | Buy (add'l) | 10/25/17 | J | | |
| 538. LVMH Moet Hennessy | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 539. Flir Systems | A | Dividend | J | T | Buy (add'l) | 10/27/17 | J | | |
| 540. Fanuc | A | Dividend | J | T | Buy (add'l) | 10/27/17 | J | | |
| 541. Cognex | A | Dividend | J | T | Buy (add'l) | 10/30/17 | J | | |
| 542. Alphabet | | None | K | T | Buy (add'l) | 10/30/17 | J | | |
| 543. Foundation Medicine | | None | J | T | Buy (add'l) | 10/30/17 | J | | |
| 544. Amazon | | None | K | T | Buy (add'l) | 11/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Datalogic Spa | | None | J | T | Buy (add'l) | 11/01/17 | J | | |
| 546. CME Group | A | Dividend | K | T | Buy (add'l) | 11/07/17 | J | | |
| 547. Sirius XM | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 548. Ecolab | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 549. Delta Airlines | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 550. Novartis AG | | None | J | T | Buy (add'l) | 11/08/17 | J | | |
| 551. Merck | A | Dividend | J | T | Buy (add'l) | 11/09/17 | J | | |
| 552. American Electric Power | A | Dividend | J | T | Buy (add'l) | 11/09/17 | J | | |
| 553. NVIDIA | A | Dividend | J | T | Buy (add'l) | 11/09/17 | J | | |
| 554. Anadarko Petroleum | A | Dividend | J | T | Buy (add'l) | 11/21/17 | J | | |
| 555. Grubhub | | None | J | T | Buy (add'l) | 11/27/17 | J | | |
| 556. Royal Dutch | A | Dividend | J | T | Buy (add'l) | 11/27/17 | J | | |
| 557. Cyrusone Inc REIT | A | Dividend | J | T | Buy (add'l) | 11/27/17 | J | | |
| 558. Berkshire Hathaway | | None | J | T | Buy (add'l) | 11/28/17 | J | | |
| 559. Citigroup | A | Dividend | J | T | Buy (add'l) | 12/01/17 | J | | |
| 560. ING Groep | | None | J | T | Buy (add'l) | 12/01/17 | J | | |
| 561. Pepsico | A | Dividend | J | T | Buy (add'l) | 12/04/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

**Firestone, Nancy B.**

Date of Report

01/03/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Lauder Estee Cos | A | Dividend | J | T | Buy (add'l) | 12/13/17 | J | | |
| 563. Grubhub | | None | J | T | Buy (add'l) | 12/13/17 | J | | |
| 564. Visa | A | Dividend | J | T | Buy (add'l) | 12/13/17 | J | | |
| 565. Walt Disney | A | Dividend | J | T | Buy (add'l) | 12/13/17 | J | | |
| 566. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The format of Section VII, Investments and Trusts, differs from last year because this year the Financial Advisor prepared the report. The Financial Advisor is not able to combine the three accounts: Investment Management Account #1 (Lines 7 - 148), Investment Management Account #2 - Roth IRA - (Lines 150 - 324), and Investment Management Account #3 - IRA Rollover ( Lines 326 - 565). They are each traded separately and are treated as such on the disclosure form per instructions from the AO.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy B. Firestone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544